UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SCOTT WASSAM, | ) | 5:13CV2149 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | MAG. JUDGE KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMIN., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |
| | ) | |

McHARGH, MAG. JUDGE

Pursuant to the Court's Memorandum and Order filed February 26, 2015, the

Court AFFIRMS the decision of the Commissioner.


IT IS SO ORDERED.

Dated:  __Feb. 26, 2015__               __/s/ Kenneth S. McHargh__
                                        Kenneth S. McHargh
                                        United States Magistrate Judge